**Order entered April 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01352-CR

**GLENN LOUIS BAKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82158-2014**

## ORDER

The fifteen-volume reporter's record was filed March 21, 2019. On April 1, 2019, the court reporter filed a corrected volume 7.

We **STRIKE** volume 7 of the reporter's record filed March 21, 2019.

/s/      CORY L. CARLYLE
           JUSTICE